In the Matter of MOLLIE GARFINKEL et al., Respondents, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al. SIDNEY MOSES et al., Appellants.

Argued September 9, 1955; decided September 9, 1955.

*Saul Berger* for appellants.

*Abraham J. Gellinoff, Robert B. Brady, Richard T. Levy, Morris Goldman* and *Blossom G. Saxe* for respondents.

Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, VAN VOORHIS, BURKE and MACCRATE,* JJ.

---

* Designated pursuant to section 5 of article VI of the State Constitution in the temporary absence of FULD and FROESSEL, JJ.